# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0281
Lower Tribunal No. 2020-CA-004203-O

_____

RODERICK WILLIAMS,

Appellant,

v.

CITY OF ORLANDO,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

April 22, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


Jerry Girley, of The Girley Law Firm, PA, Orlando, for Appellant.

Susan Potter Norton, of Allen Norton & Blue, P.A., Coral Gables, and John W. Keller, IV, and Kimberly A. Wittman, of Allen Norton & Blue, P.A., Winter Park, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED